# ROTHSTEIN LAW PLLC
**11 Park Place**
**Suite 1100**
**New York, New York 10007**
**(212) 577-9797**

**Member NY & NJ Bars**                                                                 Fax (212) 577-9799

January 4, 2017

The Honorable Hon. Kevin T. Duffy
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States of America v. Igor Buzakher
      1:06-cr-01179-KTD-5

Dear Judge Duffy:

I represent Igor Buzakher.

Mr. Buzakher respectfully requests that the Court grant him early termination of probation pursuant to 18 USC § 3564(c). Mr. Buzakher's five (5) year probation period began after he was released from the MCC after serving a 41 month jail sentence. Mr. Buzakher has completed well beyond the minimum time prescribed by the statute and, in fact, has competed over 3/4 of his probationary sentence.

During that time, Mr. Buzakher has complied with all of the requirements of his probation. Mr. Buzakher has secured gainful employment and has put forth a prolonged and meaningful effort to rejoin society as a positive and productive member. Mr. Buzakher has continued his community service and volunteer work. He has, and will continue to use his experience to educate those at risk of making the same errors in judgment that he comes across in his day-to-day life.

Mr. Buzakher has not had any violations during his pre-trial incarceration, prison sentence, or his supervised release. Rosiani Schuricht, Mr. Buzakher's Probation Officer, does not oppose this application.

Respectfully submitted,

**ROTHSTEIN LAW PLLC**

By:   /s/
      Eric E. Rothstein