# ROTHSTEIN LAW PLLC
11 Park Place
Suite 1100
New York, New York 10007
(212) 577-9797

Member NY & NJ Bars

Fax (212) 577-9799

June 9, 2017

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/17

Re: United States of America v. Igor Buzakher
1:06-cr-01179-SHS-5

**MEMO ENDORSED**

Dear Judge Stein:

I represent Igor Buzakher.

Mr. Buzakher respectfully requests the Court's permission to travel with a co-worker to Croatia and Greece. The travel dates are on or around July 12, 2017, and returning date on or around on July 26, 2017.

Mr. Buzakher also respectfully requests the Court's permission to travel with his girlfriend to Spain, Greece, and Israel on or about August 14, 2017 and returning on or around August 26, 2017.

Mr. Buzakher has a passport and permission to enter each of the above countries with a conviction.

Mr. Buzakher began his supervised release on April 20, 2013, and had 2 arrests but both cases were dismissed. His fines are current and nothing is outstanding.

If you have any questions, please feel free to call the undersigned or Mr. Buzakher's Probation Officer Rosiani Schuricht.

Judge Duffy granted Mr. Buzakher permission to travel on multiple occasions. *See* docket entries 826, 822, 816, 814, 810, 802, and 798. Your Honor granted permission to travel under docket entry 846.

Respectfully submitted,

**ROTHSTEIN LAW PLLC**

By: /s/
Eric E. Rothstein

SO ORDERED 6/12/17

SIDNEY H. STEIN
U.S.D.J.